**FILED**

MAY 2 8 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Surf Moore,                                    )
                                               )
        Plaintiff,                             )
                                               )
            v.                                 )        Civil Action No.  *14-909*
                                               )
U.S. Justice Dep't.,                           )
                                               )
        Defendant.                             )
                                               )
_____        )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* Complaint and application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

*N*                                                                              *3*

The plaintiff, a resident of Jackson, Mississippi, purports to sue the United States Department of Justice. *See* Compl. Caption. Plaintiff alleges that defendant has violated the first, second and fourteenth amendments to the Constitution and federal law. He seeks $100 million in damages. The complaint consists of recitations of constitutional amendments, federal statutes, and excerpts from case law; it contains no supporting facts to provide adequate notice of a claim and, thus, will be dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: May ___, 2014